AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §841(b)(1)(C)
18 U.S.C. §922(k) and 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**PENALTY:**
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of 5 yrs and a $100 penalty assessment.
Min. Mand. 5 yrs to 40 yrs, $2 mil. fine, min. term of SR 5 yrs and $100.
20 yrs, $250,000 fine, 5 yrs of SR and $100.
5 yrs, $250,000 fine, 3 yrs of SR and $100.

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   }   SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }   MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y   BARBARA BRENNAN SILANO
(if assigned)

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

OCT 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**
HUMBERTO CEJA-BARAJAS, aka Beto

DISTRICT COURT NUMBER   **MMC**

# CR 07 0645

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges   }   ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶   Month/Day/Year

Or... If Arresting Agency & Warrant were not   Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY** ▶

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

*FILED*

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA *2007*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

### OFFENSE CHARGED

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

**DEFENDANT - U.S.**

▶ JOSE JUAN PENALOZA-HILARIO, aka Paisa, Chopa

DISTRICT COURT NUMBER

**MMC**

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term SR of 5 yrs and $100.
Min. Mand. 10 yrs to life, $4 mil. fine, min. term SR of 5 yrs and $100.
Min. Mand. 5 to 40 yrs, $2 mil. fine, min. term SR 5 yrs and $100.
20 yrs, $250,000, 5 yrs of SR and $100.

**CR 07    0645**

── DEFENDANT ──

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges      ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▶   Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

Name of Asst. U.S. Att'y (if assigned)  BARBARA BRENNAN SILANO

☐ This report amends AO 257 previously submitted

── **ADDITIONAL INFORMATION OR COMMENTS** ──

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RE~~LATIVE TO A CRIMINAL A~~CTION - IN U.S. DISTRICT COURT

| BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING |
|---|

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of 5 yrs and a $100 penalty assessment.
Min. Mand. 5 yrs to 40 yrs, $2 mil. fine, min. term of SR of 5 yrs and $100.
20 yrs, $250,000 fine, 5 yrs of SR and $100.

**DEFENDANT - U.S.**
ELEZAR MORA-ARCIGA, aka Laich, Leacha, Chaparrito, Chaparrillo, Chaparro

DISTRICT COURT NUMBER

**MMC**

**CR 07 0645**

### PROCEEDING
Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    **SHOW DOCKET NO.**
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under    **MAGISTRATE CASE NO.**

### DEFENDANT

**IS *NOT* IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
**OCT 11 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

Month/Day/Year

**DATE OF ARREST**

Or... If Arresting Agency & Warrant were not

Month/Day/Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
   ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BARBARA BRENNAN SILANO

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

OCT 1 3 2007

### OFFENSE CHARGED

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

DEFENDANT - U.S.
CARLOS GUERRERO-ELENES, aka ~~CLERK, U.S. DISTRICT~~
RICHARD W. WIEKING
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER    **MMC**

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of
5 yrs and a $100 penalty assessment.

20 yrs, $250,000 fine, 5 yrs of SR and $100.

**CR 07    0645**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under  MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y  BARBARA BRENNAN SILANO
(if assigned)

### DEFENDANT

#### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No    } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-
   meanor
☐ Felony

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of SR of 5 yrs and a $100 penalty assessment.
Min. Mand. 5 yrs to 40 yrs, $2 mil. fine, min. term SR 5 yrs and a $100 penalty assessment.
20 yrs, $250,000 fine, 5 yrs of SR and $100.

**DEFENDANT - U.S.**

BARRY LYNN SAMUEL, aka Samuel Jacques, Lynn, Nephew

**MMC**

DISTRICT COURT NUMBER

**CR 07 0645**

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, If any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) BARBARA BRENNAN SILANO

### DEFENDANT

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed
Month/Day/Year

DATE OF ARREST
Or... if Arresting Agency & Warrant were not
Month/Day/Year

DATE TRANSFERRED TO U.S. CUSTODY
Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED
18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)                 ☐ Petty
21 U.S.C. §841(a)(1)                        ☐ Minor
21 U.S.C. §841(b)(1)(C)                     ☐ Misde-
21 U.S.C. §853                               meanor
                                             ☑ Felony

PENALTY:
Min. Mand. 10 yrs. to life, $4 mil. fine; min. term of supervised release of 5 yrs and a $100 penalty assessment.
20 yrs, $250,000 fine, 5 yrs of SR and $100.

DEFENDANT - U⬛⬛⬛⬛⬛⬛
RONALD WILLIAMS

DISTRICT COURT NUMBER

**MMC**

CR  07   0645

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:            SHOW DOCKET NO.
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant            MAGISTRATE CASE NO.
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM            **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y  BARBARA BRENNAN SILANO
(if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other        } ☐ Fed'l  ☐ State
       charges

If answer to (6) is "Yes", show name of Institution

Has detainer     ☐ Yes    If "Yes"
been filed?      ☐ No     } give date filed

DATE OF ARREST                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED            Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

*FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA*

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance     *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
SALVADOR ORTEGA, aka Funky, Chavita, Primo

DISTRICT COURT NUMBER

PENALTY:
Minimum mandatory 10 yrs to life, $4 million fine, min. term of
supervised release of 5 yrs and a $100 penalty assessment.
20 yrs, $250,000 fine, 5 yrs of SR and $100.

CR  07  0645

MMC

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, If any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y  BARBARA BRENNAN SILANO
(if assigned)

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

}  ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

**DATE OF ARREST**  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

☐ This report amends AO 257 previously submitted

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(C)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde- meanor
☑ Felony

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of
5 yrs and a $100 penalty assessment.

20 yrs, $250,000 fine, 5 yrs of SR and $100.

**DEFENDANT - U.S.**
MIGUEL RAMIREZ

**MMC**

**DISTRICT COURT NUMBER**

**CR  07   0645**

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:    **SHOW DOCKET NO.**
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant    **MAGISTRATE CASE NO.**

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y  BARBARA BRENNAN SILANO
(if assigned)

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**FILED**
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State
If answer to (6) is "Yes", show name of Institution

Has detainer  ☐ Yes    If "Yes"
been filed?  ☐ No    give date filed

**DATE OF ARREST**    Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count 1: 21 U.S.C. § 846,841(b)
(1)(A)(i);and 18 U.S.C§2;
Count 14: 21 U.S.C. § 841(a)(1)
and (b)(1)(A)(i));
Forfeit 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

**DEFENDANT - U.S.**

JOSE ANTONIO CAMACHO-MEㅡ

**DISTRICT COURT NUMBER**

PENALTY:

Ct 1,14: min mand 10 yrs to Life, 4 million fine, min. term
of sup. release of 5 yrs and a $100 penalty;

CR 07 0645
MMC

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

☐ person is awaiting trial in another Federal or State
Court, give name of court

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

**IS IN CUSTODY**

4) ☐ On this charge

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:  ☐ U.S. Att'y ☐ Defense

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

**SHOW
DOCKET NO.**

If answer to (6) is "Yes", show name of institution

☐ this prosecution relates to a
pending case involving this same
defendant

**MAGISTRATE
CASE NO.**

Has detainer
been filed?

☐ Yes
☐ No

} If "Yes"
give date
filed

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

**DATE OF
ARREST**

Month/Day/Year

**Name and Office of Person
Furnishing Information on
THIS FORM**

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**

Month/Day/Year

**Name of Asst. U.S. Att'y
(if assigned)**    BARBARA B. SILANO

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── **OFFENSE CHARGED** ───

Count 1: 21 U.S.C. § 846,841(b)
(1)(A)(i);and 18 U.S.C§2;
Count 9: 21 U.S.C. § 841(a)(1) and
(b)(1)(B)(i));
Forfeit- 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

─── **DEFENDANT - U.S.** ───

LUIZ MANUEL CUEVAS-MEDINA aka Luis Manuel Cu...

**DISTRICT COURT NUMBER**

**CR 07 0645 MMC**

PENALTY:
Ct 1: min mand 10 yrs to Life, 4 million fine, min. term of
sup. release of 5 yrs and a $100 penalty;  Ct 9:5 yrs to 40
yrs; 2 million fine, min term SR 5 yrs, $100 penalty

─── **DEFENDANT** ───

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

─── **PROCEEDING** ───
Name of Complainant Agency, or Person (&Title, if any)

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

**SHOW
DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant

prior proceedings or appearance(s)
☐ before U.S. Magistrate regarding
this defendant were recorded under

**MAGISTRATE
CASE NO.**

Has detainer
been filed?    ☐ Yes   If "Yes"
give date
filed
☐ No

**DATE OF
ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

Name and Office of Person
Furnishing Information on
THIS FORM    **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

**DATE TRANSFERRED
TO U.S. CUSTODY**    Month/Day/Year

Name of Asst. U.S. Att'y
(if assigned)    BARBARA B. SILANO

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

Count 1: 21 U.S.C. § 846,841(b)
(1)(A)(i);and 18 U.S.C§2;
Counts 12,15: 21 U.S.C. § 841(a)
(1) and (b)(1)(C ));
Forfeiture - 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Ct 1: min mand 10 yrs to Life, 4 million fine, min. term of
sup. release of 5 yrs and a $100 penalty; Ct 12, 15: 20 yrs,
$250,000 fine, 5 yrs of SR and $100

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

}

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM          **SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    BARBARA B. SILANO

─── Name of District Court, and/or Judge/Magistrate Location ───
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S. ───

▶ LARRY BISHOP

DISTRICT COURT NUMBER

# CR 07 0645
**MMC**

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

*FILED*

OCT 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   } If "Yes"
been filed?  ☐ No       give date
                        filed

**DATE OF
ARREST** ▶

Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY** ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

### OFFENSE CHARGED

Count 1: 21 U.S.C. § 846,841(b)
(1)(A)(i);and 18 U.S.C§2;
Count 10: 21 U.S.C. § 841(a)(1)
and (b)(1)( C);
Forfeit - 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-
meaner
☑ Felony

PENALTY:

Ct 1: min mand 10 yrs to Life, 4 million fine, min. term of
sup. release of 5 yrs and a $100 penalty; Ct 10: 20 yrs,
$250,000 fine, 5 yrs of SR and $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S. ▬▬▬▬▬▬

▶ MICHAEL JOSEPH SILVA

DISTRICT COURT NUMBER     *MMC*

# CR 07 0645

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

} SHOW
DOCKET NO.

} MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on     **SCOTT N. SCHOOLS**
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     BARBARA B. SILANO

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
If not detained give date any prior summons
was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

*FILED*

*OCT 1 1 2007*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer
been filed?
☐ Yes
☐ No

} If "Yes"
give date
filed

**DATE OF
ARREST**     Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**     Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

Count 1: 21 U.S.C. § 846, 841(b)
(1)(A)(i);and 18 U.S.C§2;
Forfeiture Allegation - 21 U.S.C.
§853

☐ Petty
☐ Minor
☐ Misde-
   meanor
☑ Felony

---- DEFENDANT - U.S. ----

▶ EVERARDO CAMACHO-MENDEZ

DISTRICT COURT NUMBER

# CR 07 0645

PENALTY:

Ct 1: Minimum Mandatory Ten Years to Life, $ 4 million
fine, min. term of supervised release of five years and a $100
penalty assessment

**MMC**

---- DEFENDANT ----

IS *NOT* IN CUSTODY

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)

1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

☐ person is awaiting trial in another Federal or State
   Court, give name of court

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

☐ this person/proceeding is transferred from another
   district per (circle one) FRCrP 20, 21 or 40. Show
   District

**FILED**
*OCT 11 2007*
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on
   motion of:
   ☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

Has detainer
been filed? ☐ Yes ☐ No

If "Yes"
give date
filed

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding
   this defendant were recorded under

DATE OF
ARREST

Month/Day/Year

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED
TO U.S. CUSTODY ▶

Month/Day/Year

Name of Asst. U.S. Att'y
(if assigned)   BARBARA B. SILANO

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |

#### OFFENSE CHARGED

Count 1: 21 U.S.C.§846 and 18 U.S.C.§2;
Count 14: 21 U.S.C.§841(a)(1) and (b)(1)
(A)(i));
Count 9: 21 U.S.C.§841(a)(1) and (b)(1)
(B)(i));
Forfeit - 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-
  meanor
☑ Felony

PENALTY:

Ct 1,14: min mand 10 yrs to Life, 4 million fine, min. term
of sup. release of 5 yrs and a $100 penalty; Ct 9:5 yrs to 40
yrs; 2 million fine, min term SR 5 yrs, $100 penalty

DEFENDANT -
JAVIER ULISES ZAMORA-HERNANDEZ

DISTRICT COURT NUMBER

CR 07    0645
MMC

#### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  BARBARA B. SILANO

#### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
OCT 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
   charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   } If "Yes"
been filed?   ☐ No     give date
                        filed

Month/Day/Year

DATE OF
ARREST

Or... if Arresting Agency & Warrant were not

Month/Day/Year

DATE TRANSFERRED ▶
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count 1: 21U.S.C.§846,841(b)(1)
(A)(i);and 18U.S.C§2;
Count17: 21 U.S.C. §841(a)(1)(b)
(1)(C); Forfeit: 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Ct 1: min mand 10 yrs to Life, 4 million fine, min. term of sup. release of 5 yrs and a $100 penalty; Ct 17: 20 yrs, $250,000 fine 5 yrs of SR, $100 penalty

**DEFENDANT - U.S.**

▶ ALFREDO GONZALES GOVEA

DISTRICT COURT NUMBER

**CR 07 0645 MMC**

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BARBARA B. SILANO

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?
☐ Yes
☐ No
If "Yes" give date filed

DATE OF ARREST ▶

Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶

Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| NORTHERN DISTRICT OF CALIFORNIA |

### OFFENSE CHARGED

Count 1: 21 U.S.C. § 846,841(b)(1)(A)(i);
and 18 U.S.C§2;
Count 21: 21 U.S.C. § 841(a)(1) and (b)(1)
(B)(i);
Count 22: 21 U.S.C. §861;
Forfeiture: 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Ct 1: min mand 10 yrs to Life, 4 mil fine, min. term of SR of 5 yrs and $100 penalty; Ct 21:min mand 5 yrs to 40, 2 mil fine, min. of SR of 5 yrs and $100; Ct 22: 2x max. punishme

DEFENDANT - U.S.

▶ SARAH ARANDA ROPATI

DISTRICT COURT NUMBER

CR 07 0645 MMC

FILED

OCT 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM

SCOTT N. SCHOOLS

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BARBARA B. SILANO

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 21 U.S.C. § 846,841(b)
(1)(A)(i);and 18 U.S.C§2;
Count 19: 21 U.S.C. § 841(a)(1)
and (b)(1)(C )); Forfeiture
Allegation - 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

**PENALTY:**

Minimum Mandatory Ten Years to Life, $ 4 million fine,
min. term of supervised release of five years and a $100
penalty assessment

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

SERGIO GIL VASQUEZ

**DISTRICT COURT NUMBER**

CR 07 0645
MMC

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

**SHOW
DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

**MAGISTRATE
CASE NO.**

Name and Office of Person
Furnishing Information on
THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  BARBARA B. SILANO

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
       charges        } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes    } If "Yes"
been filed?     ☐ No     give date
                           filed

**DATE OF
ARREST**         Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| NORTHERN DISTRICT OF CALIFORNIA |

### OFFENSE CHARGED

Count 1: 21 U.S.C. §846

Count 13:21 U.S.C. §841

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
Minimum mandatory 10 yrs to life, $4 million fine, min. term of
supervised release of 5 yrs and a $100 penalty assessment.
20 yrs, $250,000 fine, 5 yrs of SR and $100.

─ DEFENDANT - U.S. ─

EDWARD LEROY MOORE, aka Eddie Mo

DISTRICT COURT NUMBER

CR   07      0645

MMC

─ DEFENDANT ─

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
      If not detained give date any prior summons
      was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**FILED**

OCT 11 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
  Court, give name of court

☐ this person/proceeding is transferred from another
  district per (circle one) FRCrP 20, 21 or 40. Show
  District

☐ this is a reprosecution of
  charges previously dismissed
  which were dismissed on
  motion of:                              SHOW
  ☐ U.S. Att'y ☐ Defense          DOCKET NO.

☐ this prosecution relates to a
  pending case involving this same
  defendant

☐ prior proceedings or appearance(s)         MAGISTRATE
  before U.S. Magistrate regarding            CASE NO.
  this defendant were recorded under

Name and Office of Person
Furnishing Information on
THIS FORM               **SCOTT N. SCHOOLS**
              ☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y   BARBARA BRENNAN SILANO
(if assigned)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
     charges                } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer    ☐ Yes    } If "Yes"
been filed?     ☐ No        give date
                            filed

**DATE OF
ARREST**                Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**          Month/Day/Year

☐ This report amends AO 257 previously submitted

─ ADDITIONAL INFORMATION OR COMMENTS ─

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

| Name of District Court, and/or Judge/Magistrate Location |
| --- |
| NORTHERN DISTRICT OF CALIFORNIA |

### OFFENSE CHARGED

Count 1: 21 U.S.C. § 846,841(b)
(1)(A)(i) and 18 U.S.C§2;
Count 16: 21 U.S.C § 841(a)(1)
and (b)(1)(C )); Forfeiture
Allegation - 21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

DEFENDANT - U.S.

► TRESYLIAN REDD

DISTRICT COURT NUMBER

CR 07 0645 MMC

**PENALTY:**

Minimum Mandatory Ten Years to Life, $ 4 million fine,
min. term of supervised release of five years and a $100
penalty assessment

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

*FILED*

*OCT 11 2007*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

### PROCEEDING

Name of Complainant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:
☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding
this defendant were recorded under

MAGISTRATE
CASE NO.

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other
       charges          ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No     give date
                      filed

**DATE OF
ARREST**   ►   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED
TO U.S. CUSTODY**   ►   Month/Day/Year

Name and Office of Person
Furnishing Information on
THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   BARBARA B. SILANO

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT
☐ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of 5 yrs and a $100 penalty assessment.
Min. Mand. 5 yrs to 40 yrs, $2 mil. fine, min. term of SR 5 yrs and $100.

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)    BARBARA BRENNAN SILANO

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

ERIKA MANZO

DISTRICT COURT NUMBER

# CR 07 0645

--- DEFENDANT --- MMC

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY    Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

─── OFFENSE CHARGED ───

18 U.S.C. §2
21 U.S.C. §846                        ☐ Petty
21 U.S.C. §841(b)(1)(A)(i)            ☐ Minor
21 U.S.C. §841(a)(1)                  ☐ Misde-
21 U.S.C. §841(b)(1)(C)                  meanor
21 U.S.C. §853                        ☑ Felony

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of
5 yrs and a $100 penalty assessment.
20 yrs, $250,000 fine, 5 yrs of SR and $100.

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on              SHOW
motion of:                           DOCKET NO.
☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
pending case involving this same
defendant
☐ prior proceedings or appearance(s)   MAGISTRATE
before U.S. Magistrate regarding       CASE NO.
this defendant were recorded under

Name and Office of Person
Furnishing Information on      **SCOTT N. SCHOOLS**
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y  BARBARA BRENNAN SILANO
(if assigned)

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
CESAR RAMIREZ-CHAVIRA, aka Ces

DISTRICT COURT NUMBER

**CR 07 0645**

**MMC**

─── DEFENDANT ───

IS *NOT* IN CUSTODY
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes } If "Yes"
been filed?   ☐ No    give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... If Arresting Agency & Warrant were not

DATE TRANSFERRED ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── **OFFENSE CHARGED** ───

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

─── **DEFENDANT - U.S.** ───
RONALD LEE HINES

**PENALTY:**
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of 5 yrs and a $100 penalty assessment.
Min. Mand. 5 yrs to 40 yrs, $2 mil. fine, min. term of SR 5 yrs and $100.

**DISTRICT COURT NUMBER**

**CR 07 0645 MMC**

─── **DEFENDANT** ───

─────── **PROCEEDING** ───────
Name of Complaintant Agency, or Person (&Title, if any)

**IS _NOT_ IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

☐ person is awaiting trial in another Federal or State Court, give name of court

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

**IS IN CUSTODY**

4) ☐ On this charge

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST** ►  Month/Day/Year

Or... If Arresting Agency & Warrant were not

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

**DATE TRANSFERRED TO U.S. CUSTODY** ►  Month/Day/Year

Name of Asst. U.S. Att'y (if assigned)  BARBARA BRENNAN SILANO

☐ This report amends AO 257 previously submitted

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

— OFFENSE CHARGED —

18 U.S.C. §2
21 U.S.C. §846
21 U.S.C. §841(b)(1)(A)(i)
21 U.S.C. §841(a)(1)
21 U.S.C. §841(b)(1)(B)(i)
21 U.S.C. §853

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
Min. Mand. 10 yrs to life, $4 mil. fine, min. term of supervised release of 5 yrs and a $100 penalty assessment.
Min. Mand. 5 yrs to 40 yrs, $2 mil. fine, min. term of SR 5 yrs and $100.

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, If any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  BARBARA BRENNAN SILANO

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

— DEFENDANT - U.S. —
SAMUEL ARANDA

DISTRICT COURT NUMBER

**CR 07    0645**

— DEFENDANT —

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST  ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY  ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

MMC
FILED  OCT 1 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

| Name | Counts | Penalties | Prior Drug Felony Convictions |
|---|---|---|---|
| RONALD WILLIAMS | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | Three-Mandatory Life Sentence [Ct1] |
| | Counts 2, 18: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| BARRY LYNN SAMUEL | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min term of supervised release of five years and a $100 penalty assessment | Two-Mandatory Life |
| | Count 3: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | Min. Man 10-life Ct3 |
| | Count 11: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| JOSE JUAN PENALOZA-HILARIO | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, minimum terms of supervised release of five years and a $100 penalty assessment | One- Min. Mandatory 20-life |
| | Count 14: 21 U.S.C. § 841 | Minimum Mandatory Ten Years to Life, $ 4 million fine, minimum terms of supervised release of five years and a $100 penalty assessment | |
| | Counts 5,6,8,9,20, 21: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | Min. Mand 10-life |
| | Counts 4,7,10,13,17,19: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |

Penalty Sheet
United States v. Williams et al.

| ELEAZAR MORA-ARCIGA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, minimum terms of supervised release of five years and a $100 penalty assessment | |
|---|---|---|---|
| | Counts 5,6,8,9,20, 21: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | |
| | Counts 4,7,10,11,12,13,15, 16,17,19: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| SALVADOR ORTEGA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One Min. Mand. 20-life |
| | Count 4: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| CARLOS GUERRERO-ELENES | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | Three Mandatory Life |
| | Count 4: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| MIGUEL RAMIREZ | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | Three-Mandatory Life |
| | Count 4: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |

Penalty Sheet
United States v. Williams et al.

| | | | |
|---|---|---|---|
| HUMBERTO CEJA-BARAJAS | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 5: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | |
| | Counts:11,12,13,15,16,17,18: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| | Count 23: 18 U.S.C. 922(k) | Five years, $250,000 fine, 3 years of SR and $100 | |
| SAMUEL ARANDA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 5: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | |
| RONLAD LEE HINES | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | Four- Mandatory Life |
| | Counts 6,20: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | Min. Mand. 20-life |
| CESAR RAMIREZ-CHAVIRA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One– Min. Mand 20-life |
| | Count 7: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |

Penalty Sheet
United States v. Williams et al.

| | | | |
|---|---|---|---|
| ERIKA MANZO | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 8: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | |
| JAVIER ULISES ZAMORA-HERNANDEZ | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 14: 21 U.S.C. § 841 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 9: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | |
| LUIS MANUEL CUEVAS-MEDINA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One- Min. Mandatory 20-life |
| | Count 9: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | Ten to Life |
| MICHAEL JOSEPH SILVA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One Min. Mandatory 20-life |
| | Count 10: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |

Penalty Sheet
United States v. Williams et al.

| LARRY BISHOP | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One-Min. Mandatory 20-life |
| | Counts 12,15: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| EDWARD LEROY MOORE | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | Three-Mandatory Life |
| | Count 13: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| JOSE ANTONIO CAMACHO-MENDEZ | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 14: 21 U.S.C. § 841 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| EVERARDO CAMACHO-MENDEZ | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| TRESYLIAN REDD | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One- Min. Mandatory 20-life |
| | Count 16: 21 U.S.C. § 841 | | |

Penalty Sheet
United States v. Williams et al.

| ALFREDO GONZALES GOVEA | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One- Min. Mand 20-life |
|---|---|---|---|
| | Count 17: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| SERGIO GIL VASQUEZ | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | One- Min. Mandatory 20-life |
| | Count 19: 21 U.S.C. § 841 | Twenty Years, $250,000 fine, 5 years of SR and $100 | |
| SARAH ARANDA ROPATI | Count 1: 21 U.S.C. § 846 | Minimum Mandatory Ten Years to Life, $ 4 million fine, min. term of supervised release of five years and a $100 penalty assessment | |
| | Count 21: 21 U.S.C. § 841 | Minimum Mandatory Five Years to Forty Years, $ 2 million fine, minimum term SR 5 years and a $100 penalty assessment | |
| | Count 22: 21 U.S.C. §861 | Twice the Maximum Punishment | |

Penalty Sheet
United States v. Williams et al.

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: **SAN FRANCISCO**



UNITED STATES OF AMERICA,

**V.**

RONALD WILLIAMS et. al

# CR 07 0645

## MMC

DEFENDANT.

# INDICTMENT

21 U.S.C. § 846– Conspiracy to Possess with Intent to
Distribute and to Distribute Heroin;
21 U.S.C. § 841(a)(1)– Possession with Intent to
Distribute and Distribution of Heroin;
21 U.S.C. §861 Use of a Person Under Age 18 to
Distribute Controlled Substances;
18 U.S.C. § 922(k): Possession of a Firearm with an
Obliterated Serial Number;
18 U.S.C. §2

*INDICT*

A true bill.

_____
Foreman

**BETTY FONG**

Filed in open court this _11th_ day of
_October_, _2007_

_____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

No Bail Warrants    Bail, $_____

SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorneys

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223/6831
Barbara.Silano@usdoj.gov
Andrew.Scoble@usdoj.gov

**ORIGINAL** FILED

07 OCT 11  PM 3: 29

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA          **MMC**

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,                )   No. CR:
                                         )
        Plaintiff,                       )   **CR  07      0645**
                                         )
    v.                                   )
                                         )
RONALD WILLIAMS,                         )   VIOLATIONS: 21 U.S.C. § 846–
BARRY LYNN SAMUEL,                       )   Conspiracy to Possess with Intent to
    a.k.a. Samuel Jacques, a.k.a. Lynn,  )   Distribute and to Distribute Heroin; 21
    a.k.a. Nephew,                       )   U.S.C. § 841(a)(1)– Possession with
JOSE JUAN PENALOZA-HILARIO,              )   Intent to Distribute and Distribution of
    a.k.a. Paisa, a.k.a. Chopa,          )   Heroin; 21 U.S.C. § Use of a Person
ELEAZAR MORA-ARCIGA,                     )   Under Age 18 to Distribute Controlled
    a.k.a. Liach, a.k.a. Leacha, a.k.a.  )   Substances; 18 U.S.C. § 922(k):
    Chaparrito, a.k.a. Chaparrillo,      )   Possession of a Firearm with an
    a.k.a. Chaparro,                     )   Obliterated Serial Number; 18 U.S.C. §2
SALVADOR ORTEGA,                         )
    a.k.a. Funky, a.k.a. Chavita, a.k.a. )
    Primo,                               )   SAN FRANCISCO VENUE
CARLOS GUERRERO-ELENES,                  )
    a.k.a C Los,                         )
MIGUEL RAMIREZ,                          )   **UNDER SEAL OF COURT**
HUMBERTO CEJA-BARAJAS,                   )
    a.k.a. Beto,                         )
SAMUEL ARANDA,                           )
RONALD LEE HINES,                        )
CESAR RAMIREZ-CHAVIRA,                   )

                (Continued)

INDICTMENT
                                    1

a.k.a. Cesar Chavea, a.k.a. Jose )      (Continued)
Manzo, )
ERIKA MANZO, )
JAVIER ULISES ZAMORA- )
HERNANDEZ, )
     a.k.a. Patron, a.k.a. Bulis, a.k.a. )
     Ulys, a.k.a. Ulyses, )
LUIS MANUEL CUEVAS-MEDINA, )
     a.k.a. Luis Manuel Cuevas, )
MICHAEL JOSEPH SILVA, )
     a.k.a. Michael Silva, )
LARRY BISHOP, )
EDWARD LEROY MOORE, )
     a.k.a. Eddie Mo, )
JOSE ANTONIO CAMACHO- )
MENDEZ, )
EVERARDO CAMACHO-MENDEZ, )
     a.k.a. Beyi, )
TRESYLIAN REDD, )
     a.k.a. Tresylian Eugene Redd, )
     a.k.a. T, )
ALFREDO GONZALES GOVEA, )
     a.k.a. Jomito, )
SERGIO GIL VASQUEZ, )
     a.k.a. Sergio Gil, )
SARAH ARANDA ROPATI, )
)
Defendants. )
)
)
)
)

## INDICTMENT

The Grand Jury Charges:

COUNT ONE: (21 U.S.C. §§ 846, 841(b)(1)(A)(i); and 18 U.S.C. § 2)

Beginning at a date unknown to the Grand Jury, but no later than December 1, 2005, and continuing until October 11, 2007, both dates being approximate and inclusive, in the Northern District of California and elsewhere, the defendants,

RONALD WILLIAMS,
BARRY LYNN SAMUEL,
a.k.a Samuel Jacques, a.k.a. Lynn, a.k.a. Nephew,
JOSE JUAN PENALOZA-HILARIO,
a.k.a. Paisa, a.k.a. Chopa,
ELEAZAR MORA-ARCIGA,
a.k.a. Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro,
SALVADOR ORTEGA,
a.k.a. Funky, a.k.a. Chavita, a.k.a. Primo,
CARLOS GUERRERO-ELENES,

INDICTMENT

2

<pre>
 1                              a.k.a C Los,
                           MIGUEL RAMIREZ,
 2                     HUMBERTO CEJA-BARAJAS,
                             a.k.a. Beto,
 3                        SAMUEL ARANDA,
                         RONALD LEE HINES,
 4                    CESAR RAMIREZ-CHAVIRA,
                 a.k.a. Cesar Chavea, a.k.a. Jose Manzo,
 5                           ERIKA MANZO,
             JAVIER ULISES ZAMORA-HERNANDEZ,
 6        a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses,
                   LUIS MANUEL CUEVAS-MEDINA,
 7                    a.k.a. Luis Manuel Cuevas,
                      MICHAEL JOSEPH SILVA,
 8                       a.k.a. Michael Silva,
                          LARRY BISHOP,
 9                     EDWARD LEROY MOORE,
                           a.k.a. Eddie Mo,
10             JOSE ANTONIO CAMACHO-MENDEZ,
                  EVERARDO CAMACHO-MENDEZ,
11                           a.k.a. Beyi,
                        TRESYLIAN REDD,
12            a.k.a. Tresylian Eugene Redd, a.k.a. T,
                   ALFREDO GONZALES GOVEA,
13                          a.k.a. Jomito,
                      SERGIO GIL VASQUEZ,
14                       a.k.a. Sergio Gil,
                    SARAH ARANDA ROPATI ,
</pre>

and others, did knowingly and intentionally conspire to possess with intent to distribute and to distribute a Schedule II controlled substance, to wit: one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(i), and Title 18 United States Code, Section 2.

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about September 13, 2006, in the Northern District of California, the defendant,

RONALD WILLIAMS,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

INDICTMENT

3

1  COUNT THREE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

2      On or about September 15, 2006, in the Northern District of California, the defendants,

3              JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa, and
           BARRY LYNN SAMUEL, a.k.a. Samuel Jacques, a.k.a. Lynn, a.k.a. Nephew,

4  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

5  controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

6  amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

7  (b)(1)(B)(i), and Title 18, United States Code, Section 2.

8

9  COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

10     On or about September 16, 2006, in the Northern District of California, the defendants,

11              JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
12  ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
                                a.k.a. Chaparro,
13              SALVADOR ORTEGA, a.k.a. Funky, a.k.a. Chavita, a.k.a. Primo,
                   CARLOS GUERRERO-ELENES, a.k.a. C-Los, and
14                          MIGUEL RAMIREZ,

15  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

16  controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

17  violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

18  States Code, Section 2.

19

20  COUNT FIVE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

21     On or about February 20, 2007, in the Northern District of California, the defendants,

22              JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa, and
     ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
23                              a.k.a. Chaparro,
                   HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
24                       SAMUEL ARANDA,

25  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

26  controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

27  amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

28  (b)(1)(B)(i), and Title 18, United States Code, Section 2.

INDICTMENT

4

1  COUNT SIX: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

2  On or about February 23, 2007, in the Northern District of California, the defendants,

3  JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa, and
   ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
4  a.k.a. Chaparro, and
   RONALD LEE HINES,

5  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

6  controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

7  amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

8  (b)(1)(B)(i), and Title 18, United States Code, Section 2.

9

10  COUNT SEVEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

11  On or about February 27, 2007, in the Northern District of California, the defendants,

12  JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
    ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
13  a.k.a. Chaparro, and
    CESAR RAMIREZ-CHAVIRA, a.k.a. Cesar Chavea, a.k.a. Jose Manzo,

14  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

15  controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

16  violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

17  States Code, Section 2.

18

19  COUNT EIGHT: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

20  On or about February 28, 2007, in the Northern District of California, the defendants,

21  JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
    ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
22  a.k.a. Chaparro, and
23  ERIKA MANZO,

24  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

25  controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

26  amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

27  (b)(1)(B)(i), and Title 18, United States Code, Section 2.

28

INDICTMENT

5

1    COUNT NINE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

2        On or about March 6, 2007, in the Northern District of California, the defendants,

3                JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
              JAVIER ULISES ZAMORA-HERNANDEZ, a.k.a. Patron,
4    ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
                           a.k.a. Chaparro, and
5                    LUIS MANUEL CUEVAS-MEDINA,

6    did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

7    controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

8    amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

9    (b)(1)(B)(i), and Title 18, United States Code, Section 2.

10

11   COUNT TEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

12       On or about May 10, 2007, in the Northern District of California, the defendants,

13               JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
     ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
14                         a.k.a. Chaparro, and
                           MICHAEL SILVA,

15   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

16   controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

17   violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

18   States Code, Section 2.

19

20   COUNT ELEVEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

21       On or about May 10, 2007, in the Northern District of California, the defendants,

22   ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
                           a.k.a. Chaparro,
23              HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
24   BARRY LYNN SAMUEL, a.k.a. Samuel Jacques, a.k.a. Lynn, a.k.a. Nephew,

25   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

26   controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

27   violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

28   States Code, Section 2.

INDICTMENT

6

1 | COUNT TWELVE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

2 | On or about May 16, 2007, in the Northern District of California, the defendants,

3 | ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro, and
4 | HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
LARRY BISHOP,

5 | did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

6 | controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

7 | violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

8 | States Code, Section 2.

9 |

10 | COUNT THIRTEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

11 | On or about May 18, 2007, in the Northern District of California, the defendants,

12 | JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
13 | ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro, and
14 | HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
EDWARD LEROY MOORE, a.k.a. Eddie Mo,

15 | did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

16 | controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

17 | violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

18 | States Code, Section 2.

19 |

20 | COUNT FOURTEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(i))

21 | On or about May 22, 2007, in the Northern District of California, the defendants,

22 | JOSE ANTONIO CAMACHO-MENDEZ,
23 | JAVIER ULISES ZAMORA-HERNANDEZ, a.k.a. Patron,
JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,

24 | did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

25 | controlled substance, to wit: One (1) kilogram or more of a mixture or substance containing a

26 | detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

27 | (b)(1)(A)(i), and Title 18, United States Code, Section 2.

28 |

INDICTMENT

7

COUNT FIFTEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about May 23, 2007 in the Northern District of California, the defendants,

ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro,
HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
LARRY BISHOP,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT SIXTEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about May 29, 2007 in the Northern District of California, the defendants,

ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro,
HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
TRESYLIAN REDD, a.k.a. T,

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

COUNT SEVENTEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

On or about May 30, 2007 in the Northern District of California, the defendants,

JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro,
ALFREDO GONZALES GOVEA, a.k.a. Jomito

did knowingly and intentionally possess with intent to distribute and distribute a Schedule II controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

INDICTMENT

8

1   COUNT EIGHTEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

2       On or about May 31, 2007, in the Northern District of California, the defendants,

3                        HUMBERTO CEJA-BARAJAS, a.k.a. Beto, and
                         RONALD WILLIAMS,

4   did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

5   controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

6   violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

7   States Code, Section 2.

8

9   COUNT NINETEEN: (21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

10      On or about June 2, 2007, in the Northern District of California, the defendants,

11                   JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
    ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
12                               a.k.a. Chaparro, and
                     SERGIO GIL VASQUEZ, a.k.a. Sergio Gil,
13

14  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

15  controlled substance, to wit: a mixture or substance containing a detectable amount of heroin, in

16  violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United

17  States Code, Section 2.

18

19  COUNT TWENTY: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

20      On or about June 5, 2007, in the Northern District of California, the defendants,

21                   JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
    ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
22                               a.k.a. Chaparro, and
                         RONALD LEE HINES,

23  did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

24  controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

25  amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

26  (b)(1)(B)(i), and Title 18, United States Code, Section 2.

27

28

INDICTMENT
                                        9

1 | COUNT TWENTY-ONE: (21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(i))

2 | On or about June 5, 2007, in the Northern District of California, the defendants,

3 | JOSE JUAN PENALOZA-HILARIO, a.k.a. Paisa, a.k.a. Chopa,
ELEAZAR MORA-ARCIGA, a.k.a Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo,
4 | a.k.a. Chaparro, and
SARAH ARANDA ROPATI,

5 | did knowingly and intentionally possess with intent to distribute and distribute a Schedule II

6 | controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

7 | amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

8 | (b)(1)(B)(i), and Title 18, United States Code, Section 2.

9 |

10 | COUNT TWENTY-TWO: (21 U.S.C. § 861)

11 | On or about June 5, 2007, in the Northern District of California, the defendant,

12 | SARAH ARANDA ROPATI,

13 | did knowingly and intentionally employ, hire, use, persuade, induce, entice, or coerce, a person

14 | under eighteen years of age to possess with intent to distribute and distribute a Schedule II

15 | controlled substance, to wit: 100 grams or more of a mixture or substance containing a detectable

16 | amount of heroin, in violation of Title 21, United States Code, Sections 841(a)(1) and

17 | (b)(1)(B)(i), all in violation of Title 21, United States Code, Section 861.

18 |

19 | COUNT TWENTY-THREE: (18 U.S.C. 922(k))

20 | On or about June 2, 2007, in the Northern District of California, the defendant,

21 | HUMBERTO CEJA-BARAJAS, a.k.a. Beto,

22 | did knowingly possess the firearm, described as a Smith and Wesson brand, 9-millimeter, semi-

23 | automatic pistol, which had the manufacturer's serial number removed and obliterated and which

24 | had, at some time in the past, been shipped or transported in interstate or foreign commerce, in

25 | violation of Title 18, United States Code, Section 922(k).

26 | ///

27 | ///

28 |

INDICTMENT

10

**FORFEITURE ALLEGATION**: (21 U.S.C. § 853)

1. The allegations of Counts One through Twenty-Two of this Indictment are realleged and incorporated herein.

2. As a result of the offenses alleged in Counts One through Twenty-Two above,

RONALD WILLIAMS,
BARRY LYNN SAMUEL,
a.k.a Samuel Jacques, a.k.a. Lynn, a.k.a. Nephew,
JOSE JUAN PENALOZA-HILARIO,
a.k.a. Paisa, a.k.a. Chopa,
ELEAZAR MORA-ARCIGA,
a.k.a. Liach, a.k.a. Leacha, a.k.a. Chaparrito, a.k.a. Chaparrillo, a.k.a. Chaparro,
SALVADOR ORTEGA,
a.k.a. Funky, a.k.a. Chavita, a.k.a. Primo,
CARLOS GUERRERO-ELENES,
a.k.a C Los,
MIGUEL RAMIREZ,
HUMBERTO CEJA-BARAJAS,
a.k.a. Beto,
SAMUEL ARANDA,
RONALD LEE HINES,
CESAR RAMIREZ-CHAVIRA,
a.k.a. Cesar Chavea, a.k.a. Jose Manzo,
ERIKA MANZO,
JAVIER ULISES ZAMORA-HERNANDEZ,
a.k.a. Patron, a.k.a. Bulis, a.k.a. Ulys, a.k.a. Ulyses,
LUIS MANUEL CUEVAS-MEDINA,
a.k.a. Luis Manuel Cuevas,
MICHAEL JOSEPH SILVA,
a.k.a. Michael Silva,
LARRY BISHOP,
EDWARD LEROY MOORE,
a.k.a. Eddie Mo,
JOSE ANTONIO CAMACHO-MENDEZ
EVERARDO CAMACHO-MENDEZ
a.k.a. Beyi,
TRESYLIAN REDD,
a.k.a. Tresylian Eugene Redd, a.k.a. T,
ALFREDO GONZALES GOVEA,
a.k.a. Jomito,
SERGIO GIL VASQUEZ,
a.k.a. Sergio Gil,
SARAH ARANDA ROPATI ,

and others, defendants, shall forfeit to the United States all property constituting and derived from any proceeds defendants obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to the following property:

INDICTMENT

11

1     a.  a money judgement of not less than $ 320,000.00 which represents the

2        value of narcotics distributed by the defendants;

3   2.  If, as a result of any act or omission of the defendant, any of said property

4     a.  cannot be located upon the exercise of due diligence;

5     b.  has been transferred or sold to or deposited with a third person;

6     c.  has been placed beyond the jurisdiction of the Court;

7     d.  has been substantially diminished in value; or

8     e.  has been commingled with other property which without difficulty cannot

9        be subdivided;

10 any and all interest defendants have in any other property (not to exceed the value of the above

11 forfeitable property) shall be forfeited to the United States.

12   All in violation of Title 21, United States Code, Sections 853(a)(1) and (p).

13

14 DATED: _10 - 11-07_      A TRUE BILL.

15

16             FOREPERSON

17

18 SCOTT N. SCHOOLS

19 United States Attorney

20

21 BRIAN J. STRETCH
  Chief, Criminal Division

22

23 (Approved as to form)
       AUSA Silano

24

25

26

27

28

INDICTMENT

12