IAN G. LOVESETH
Attorney at Law (CSBN 085780)
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>RONALD WILLIAMS, et al,<br><br>Defendants. | ) | No. CR-07-00645-MMC<br><br>**EX PARTE APPLICATION TO PERMIT DEFENDANTS IN CUSTODY TO REVIEW DISCOVERY ON MP3 MACHINES; PROPOSED ORDERS** |

Ian Loveseth, counsel for defendant Sarah A. Ropati, and CJA liaison counsel for all defendants and their counsel in this case, hereby applies for an Order permitting all in-custody defendants to review discovery on an MP3 machine. This application is based on the files and records in this case and the accompanying declaration of counsel.

DATED: March 10, 2008

/s/ Ian Loveseth
IAN LOVESETH
Counsel for Defendant
SARAH A. ROPATI

**DECLARATION OF COUNSEL**

I, Ian Loveseth, declare as follows:

1. I am counsel for Sarah A. Ropati in Untied States vs. Ronald Williams, et al., CR. 07-00645-MMC;

2. I am also liaison CJA counsel in this case;

3. I have been advised by Steven D. Moore, the discovery coordinator in this case, that the discovery consists of approximately 35,000 intercepted wiretap calls on eight (8) different target lines;

4. The defendants in this case must listen to and review the discovery and the most efficient way to provide them with these calls in to put them on MP3s;

5. Accordingly, declarant requests that two Court orders be signed permitting defendants at the Santa Rita Jail and at the Glen Dyer Detention Facility to listen to the discovery on MP3s.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed in San Francisco on March 10, 2008.

/s/ Ian Loveseth
IAN LOVESETH

IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RONALD WILLIAMS, et.al.,<br><br>Defendants. | No. CR-07-00645-MMC<br><br>[PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT SANTA RITA JAIL<br><br>The Honorable Maxine M. Chesney |

///

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Santa Rita Jail;

BARRY LYNN SAMUEL,

ELEAZOR MORA-ARCIGA,

SALVADOR ORTEGA,

ERIKA MANZO,

JAVIER ULISES ZAMORA-HERNANDEZ,

ALFREDO GONZALEZ GOVEA,

CESAR RAMIREZ-CHAVIRA,

MIGUEL RAMIREZ.

IT IS SO ORDERED.

Dated: _______________

_______________________________________
THE HONORABLE MAXINE M. CHESNEY
United States District Judge

IAN G. LOVESETH (CSBN 085780)
Attorney at Law
819 Eddy Street
San Francisco, CA
Tel: (415) 771-6174
Fax: (415) 474-3748

Attorney for Defendant
SARAH A ROPATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RONALD WILLIAMS, et.al.,<br><br>Defendants. | No. CR-07-00645-MMC<br><br>[PROPOSED] ORDER PERMITTING DEFENDANTS TO USE MP3 AUDIO PLAYERS TO REVIEW DISCOVERY AT GLENN DYER DETENTION FACILITY<br><br>The Honorable Maxine M. Chesney |

///

Finding good cause shown, as discovery has been provided in digital audio format:

IT IS HEREBY ORDERED that the following defendants be permitted to use an MP3 player in order to review audio discovery at Glenn Dyer Detention Facility, Oakland, CA (North County);

RONALD WILLIAMS,
JOSE JUAN PENALOZA-HILARIO,
SAMUEL ARANDA,
MICHAEL JOSEPH SILVA,
RONALD LEE HINES,
JOSE ANTONIO CAMACHO-MENDEZ,
EDWARD LEROY MOORE.

IT IS SO ORDERED.

Dated: _______________

_______________________________________
THE HONORABLE MAXINE M. CHESNEY
United States District Judge