**Anne C. Beles Bar No. 200276**
**Robert J. Beles** Bar No. 41993
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for Humberto Ceja Barajas

United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-00645 MMC |
| *Plaintiff*, | ~~PROPOSED~~ ORDER FOR MP3 PLAYER |
| vs. | |
| HUMBERTO CEJA BARAJAS, | |
| *Defendant.* | |

~~PROPOSED~~ ORDER ~~CONTINUING STATUS CONFERENCE~~

IT IS HEREBY ORDERED that Defendant Humberto Ceja Barajas be allowed an MP3 player with the wiretap conversations on it while in custody, in accordance with the policies of the United States Marshall's Service.

DATED: January 28, 2009

*/s/ Maxine M. Chesney*
MAXINE CHESNEY
United States District Court