**Anne C. Beles Bar No. 200276**
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for Humberto Ceja Barajas

# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br>vs.<br><br>HUMBERTO CEJA BARAJAS<br><br>*Defendant.* | No. CR07 00645 MMC<br><br>~~PROPOSED~~ ORDER FOR CONTINUANCE |

~~PROPOSED~~ ORDER CONTINUING JUDGMENT AND SENTENCE

IT IS HEREBY ORDERED that the Judgment and Sentence of Humberto Ceja Barajas currently set for February 25, 2009 at 2:30 p.m., be continued to March 25, 2009 at 2:30 p.m. ~~.m. or a date thereafter~~.

DATED: February 10, 2009

*[signature: Maxine M. Chesney]*
MAXINE M. CHESNEY
United States District Court

- 1 -