STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Email:          Shilpi_Agarwal@fd.org

Counsel for Defendant Humberto Ceja-Barajas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>HUMBERTO CEJA-BARAJAS,<br><br>Defendant. | No. CR 07-00645-008 MMC<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REGARDING SENTENCE<br>REDUCTION UNDER U.S.S.G. § 1B1.1(b)<br>AND AMENDMENT 782** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting

through their respective counsel, that:

1.      Defendant is making an unopposed motion for modification of his sentence pursuant to

18 U.S.C. § 3582(c)(2).

2.      Defendant's original guideline calculation was as follows:

Total Offense Level: 31

Criminal History Category:  I

Guideline Range: 120 to 135 months

*3582 STIP*, CR 07-00645 MMC
DEF. CEJA-BARAJAS                                          1

Mandatory Minimum: 120 months

3.  Defendant was sentenced to 132 months imprisonment on March 25, 2009.

4.  According to the Bureau of Prisons, Defendant's current projected release date is June 4, 2018.

5.  Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6.  Defendant's revised guideline calculation is as follows:

    Total Offense Level: 29

    Criminal History Category: I

    Guideline Range: 87 to 108 months

    Mandatory Minimum: 120 months

7.  The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8.  Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 120 months,** effective November 1, 2015.

9.  The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

1   12.    Accordingly, the parties agree that an amended judgment in accordance with this

2   stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG §

3   1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing

4   Reduction Investigation Report and a proposed amended judgment will be submitted to

5   the Court.

6

7   IT IS SO STIPULATED.

8

9   July 6, 2015                            /s/

10   —————————        —————————————
   DATED                        MELINDA L. HAAG

11                              United States Attorney
                              J. DOUGLAS WILSON

12                              Assistant United States Attorney

13                              Northern District of California

14

15   July 6, 2015                            /s/

16   —————————        —————————————
   DATED                        STEVEN G. KALAR

17                              Federal Public Defender
                              SHILPI AGARWAL

18                              Assistant Federal Public Defender

19                              Northern District of California

20

21

22    IT IS SO ORDERED.

23   July 14, 2015

24   —————————————   —————————————
   DATED                        Maxine M. Chesney

25                              Senior United States District Judge

26

27

28