# UNITED STATES DISTRICT COURT

for the

Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HUMBERTO CEJA-BARAJAS AKA BETO | ) | Case No: 0971 3:07CR00645-008 MMC |
| | ) | USM No: 12277-111 |
| Date of Original Judgment: 03/26/2009 | ) | |
| Date of Previous Amended Judgment: | ) | Shilpi Agarwal (AFPD) |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  132  months **is reduced to**  120 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  03/26/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 07/28/2015

*Judge's signature*

Effective Date: 11/01/2015    Honorable Maxine M. Chesney, Senior U.S. District Judge
*(if different from order date)*    *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: HUMBERTO CEJA-BARAJAS AKA BETO
CASE NUMBER: 0971 3:07CR00645-008 MMC
DISTRICT: Northern District of California

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 31              Amended Total Offense Level: 29
Criminal History Category: I                  Criminal History Category: I
Previous Guideline Range: 120 to 135 months   Amended Guideline Range: 120 to 120 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✔] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS