IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-07-645 MMC |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RECOMMENDATION REGARDING PRE-RELEASE CONFINEMENT** |
| v. | |
| HUMBERTO CEJA-BARAJAS, | |
| Defendant. | |

Before the Court is defendant Humberto Ceja-Barajas's ("Ceja-Barajas") "Motion Requesting a Judicial Recommendation Based on the Second Chance Act of 2007," filed October 19, 2015, pursuant to 18 U.S.C. § 3624(c), in which said defendant seeks this Court's recommendation that the Bureau of Prisons place him in a residential reentry center for the penultimate six months of his sentence, and in home confinement for the final six months of his sentence.

Having reviewed the authority on which Ceja-Barajas relies, the Court does not interpret § 3624(c)'s incorporation of § 3621(b) as calling for the sentencing court to provide for the Bureau of Prisons's consideration a recommendation beyond any recommendation such court made at the time of sentencing,[1] and, in any event, the Court does not find it

---

[1] In this instance, the Court made the following recommendations to the Bureau of Prisons: "That the defendant participate in the Bureau of Prisons Drug Abuse Treatment Program. That if available, the defendant be provided with grief counseling and mental

advisable at this juncture for the Court to make a recommendation or otherwise take a position as to where the inmate should spend the final months of his term.

Accordingly, defendant's motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 3, 2015

_____
MAXINE M. CHESNEY
United States District Judge

---

health counseling if appropriate. That the defendant be placed in a facility as a close as possible to the San Francisco Bay Area to allow for visits from family and extended family members." (See Judgment, filed March 26, 2009, at 2.)