IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HUMBERTO CEJA-BARAJAS,<br>Defendant. | Case No. 07-cr-00645-MMC-8<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; VACATING HEARING** |

Before the Court is the parties' Joint Stipulation, filed May 24, 2021, regarding defendant Humberto Ceja-Barajas's Motion, filed September 18, 2020, "for Early Termination of Supervised Release."

In their Stipulation, the parties apprise the Court as to defendant's recent move to Houston, Texas, as well as his verified employment in construction, in light of which they state neither the government nor the Probation Office objects to the motion.

Under the circumstances, the Court deems the matter appropriate for determination on the written submissions and hereby VACATES the hearing scheduled for May 26, 2021.

Accordingly, good cause appearing, defendant's Motion for Early Termination of Supervised Release is hereby GRANTED, and his supervised release is hereby TERMINATED.

**IT IS SO ORDERED.**

Dated: May 24, 2021

MAXINE M. CHESNEY
United States District Judge